UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-8376-GW(PJWx) | Date | December 21, 2015 |
|---|---|---|---|
| Title | *Martha Yankey v. Life Insurance Company of North America* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE RE: SETTLEMENT**

On December 16, 2015, Defendant Life Insurance Company of North America filed a Notice of Settlement. The Court sets an Order to Show Cause Hearing re: Settlement for February 18, 2016 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on February 17, 2016.

|  | : |
|---|---|
| Initials of Preparer | JG |