JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA YANKEY, <br><br> Plaintiff, <br><br> vs. <br><br> LIFE INSURANCE COMPANY OF NORTH AMERICA, <br><br> Defendant. | Case No. 2:15-cv-08376-GW-PJW <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:15-cv-08376-GW-PJW, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

Dated: December 28, 2015

_George H. Wu_
Hon. George H. Wu
United States District Court Judge